# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **LATONYA PYATT,** | * | |
|     *Plaintiff*, | * | |
|   v. | * | **Case No. 8:18-cv-03635-PWG** |
| | * | |
| **SANTANDER CONSUMER USA INC.,** *et al.*, | * | |
|     *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## LINE

Dear Clerk:

    Please enter the appearance of G. Calvin Awkward, III, Esq. of Franklin and Prokopik, P.C. as additional counsel for Defendant, Aarons Inc., in the above captioned matter. The appearance of co-counsel Imoh E. Akpan of Franklin and Prokopik, P.C. stands.

    Respectfully submitted,

    /s/
Imoh Akpan (Bar No.: 30070)
G. Calvin Awkward (Bar No. 18652)
Franklin & Prokopik, P.C.
Two North Charles Street, Suite 600
Baltimore, MD 21201
Ph: (410) 752-8700
Fx: (410) 752-6868
iakpan@fandpnet.com
cawkward@fandpnet.com
*Attorneys for Defendants, Aaron's Inc.,*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26<u>th</u> day of December 2018, a copy of the foregoing Motion Line Entering the Appearance of Counsel was served via the Court's ECF system sent to: Kevin Williams, Esq., 9466 Georgia Avenue, Suite 61, Silver Spring, MD 20910, *Attorneys for Plaintiff, Latonya Pyatt;* Nathan Daniel Adler, Esq., Neuberger Quinn Gielen Rubin and Gibber PA, One South Street, 27th Fl., Baltimore, MD 21202, *Attorney for Defendant, Equifax Information Services, LLC*; Joshua Ian Hammack, Esq.; Jones Day, 51 Louisiana Avenue, Washington, D.C. 20001*, Attorney for Defendant Experian Information Solutions, Inc.*; Alexander Richard Green, Esq., LeClairRyan, 2318 Mill Road, Suite 1100, Alexandria, VA 22314, *Attorney for Defendants, Santander Consumer USA Inc.,* and Robert J. Schuckit, Esq., Schuckit & Associates, P.C., 4545 Northwestern Drive, Zionsville, IN 46077, *Attorney for Defendants Trans Union, LLC;* Padraic K. Keane, Jordan Coyne, LLP, 10509 Judicial Drive, Suite 200, Fairfax, VA 22030, *Attorneys for Defendant, NCB Management Services Inc.,* and Edward A. Pennington, Smith, Gambrell & Russell, LLP, 1055 Thomas Jefferson St. NW, Suite 400, Washington, DC 20007, Attorney for Defendant *Enhanced Recovery Company, LLC*.

In addition, a copy of the foregoing was served via first-class mail, postage prepaid to: LaTonya Pyatt, 7009 Foster Street, District Heights, MD 20747, *Pro Se Plaintiff*.

                                                 /s/
                                   G. Calvin Awkward, III (Bar No. MD18652)