**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND  (GREENBELT)**

---

| | |
|---|---|
| LATONYA PYATT,<br>             Plaintiff,<br>     vs.<br><br>SANTANDER CONSUMER USA INC.;<br>NCB MANAGEMENT SERVICES, INC.;<br>ENHANCED RECOVERY COMPANY;<br>AARON'S, INC.; EQUIFAX<br>INFO. SRVCS. LLC; TRANS UNION LLC;<br>and EXPERIAN INFO. SOLS. INC.;<br>             Defendants. | CASE NO. 8:18-cv-03635-PWG |

---

**JOINT STIPULATION AS TO PLAINTIFF'S AMENDED COMPLAINT**

---

Plaintiff LaTonya Pyatt ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree as follows:

1. That Plaintiff's Amended Complaint & Jury Demand [Doc. No. 37] (the "Amended Complaint") contains no new allegations against Trans Union.

2. That, as a result, Trans Union should not be required to file a response to the Amended Complaint.

3. That Trans Union's Answer To Plaintiff's Complaint & Jury Demand And Affirmative Defenses [Doc. No. 11] shall be deemed its response to the Amended Complaint.

4. That any new allegations of the Amended Complaint that could be read as being directed against Trans Union be deemed denied.

        Respectfully submitted,

        <u>*/s/ Kevin C. Williams (with consent)*</u>
        Kevin C. Williams, Esq.
        Law Office Of Kevin Williams
        8025 13th Street, Suite 107
        Silver Spring, MD  20910
        Ph:  (202) 438-4004
        Fax: (240) 252-3036
        E-Mail:  titlelaw@gmail.com

        *Counsel for Plaintiff Latonya Pyatt*


        <u>*/s/ Scott E. Brady*</u>
        Robert J. Schuckit, Esq. (MD Federal Bar #14125)
        Scott E. Brady, Esq. (MD PHV #98830)
          (admitted *Pro Hac Vice*)
        Schuckit & Associates, P.C.
        4545 Northwestern Drive
        Zionsville, IN  46077
        Ph:  (317) 363-2400  Fax:  (317) 363-2257
        E-Mail:  rschuckit@schuckitlaw.com
        E-Mail:  sbrady@schuckitlaw.com

        *Counsel for Defendant Trans Union LLC*