**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| LATONYA PYATT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. PWG-18-03635 |
| | ) |
| SANTANDER CONSUMER USA INC., et al., | ) |
| | ) |
|     Defendants. | ) |

**DISMISSAL WITH PREJUDICE**
**PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, whereas Defendant, Experian Information Solutions, Inc. has not yet filed an Answer to the Amended Complaint, the Plaintiff, LaTonya Pyatt, hereby designates this matter as settled and enters this notice of voluntary dismissal with prejudice as to Experian Information Solutions, Incorporated *only*.

Respectfully submitted,

      /s/
Kevin C. Williams, Esq. Bar No. 18072
8025 13th St., Ste 107
Silver Spring, MD 20910
301.399.1700
kevin@kwesq.com

*Counsel for Plaintiff*