## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## GREENBELT DIVISION

| | | |
|---|---|---|
| **LATONYA PYATT** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CASE NO. 8:18-cv-03635** |
| | ) | |
| **ENHANCED RECOVERY COMPANY,** | ) | |
| **et al.** | ) | |
| Defendant, | ) | |
| | ) | |

## NOTICE OF SETTLEMENT AS TO DEFENDANT ENHANCED RECOVERY COMPANY, LLC

Pursuant to Local Rule 111 of the United States District Court for the District of Maryland, Plaintiff and Defendant Enhanced Recovery Company, LLC hereby notify the Court that the parties have resolved the claims in this matter as to Enhanced Recovery Company, LLC *only*. An order dismissing the case with prejudice will be tendered to the Court after the parties execute the necessary paperwork.

Respectfully Submitted,

**LATONYA PYATT**

By:___*/s/ Kevin Williams*_____
Kevin Williams #18072
Law Office of Kevin Williams, LLC
8025 13th Street, Suite 107
Silver Spring, MD 20910
Tel: (301) 399-1700
kevin@kwesquire.com
*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2019, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By:    */s/ Kevin Williams*
Kevin Williams #18072
Law Office of Kevin Williams, LLC
8025 13th Street, Suite 107
Silver Spring, MD 20910
Tel: (301) 399-1700
kevin@kwesquire.com

*Counsel for Plaintiff*