### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
### GREENBELT DIVISION

| | | |
|---|---|---|
| **LATONYA PYATT** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CASE NO. 8:18-cv-03635** |
| | ) | |
| **EQUIFAX INFORMATION SERVICES,** | ) | |
| **LLC et al.** | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

### NOTICE OF SETTLEMENT AS TO DEFENDANT
### EQUIFAX INFORMATION SERVICES, LLC

Pursuant to Local Rule 111 of the United States District Court for the District of Maryland,

Plaintiff and Defendant Equifax Information Services, LLC hereby notify the Court that the parties

have resolved the claims in this matter as to Equifax Information Services, LLC *only*. An order

dismissing the case with prejudice will be tendered to the Court after the parties execute the

necessary paperwork.

Respectfully Submitted,

**LATONYA PYATT**

By:____*/s/ Kevin Williams*_____
Kevin Williams #18072
Law Office of Kevin Williams, LLC
8025 13th Street, Suite 107
Silver Spring, MD 20910
Tel: (301) 399-1700
kevin@kwesquire.com
*Counsel for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 11th day of April, 2019, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By:___*/s/ Kevin Williams*_____
Kevin Williams #18072
Law Office of Kevin Williams, LLC
8025 13th Street, Suite 107
Silver Spring, MD 20910
Tel: (301) 399-1700
kevin@kwesquire.com
*Counsel for Plaintiff*