## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

LATONYA PYATT,

                Plaintiff,

                                        Case No. 8:18-cv-03635-PWG

v.

SANTANDER CONSUMER USA INC,
NCB MANAGEMENT SERVICES, INC.
ENHANCED RECOVERY COMPANY,
EQUIFAX INFORMATION SERVICES, LLC,
TRANS UNION LLC,

                Defendants.

_____/

## NCB MANAGEMENT SERVICES, INC.'S ANSWERS AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S SECOND AMENDED COMPLAINT

      Defendant, NCB Management Services, Inc. ("NCB"), through counsel and pursuant to the Federal Rules of Civil Procedure hereby responds to the Second Amended Complaint filed by the plaintiff, Latonya Pyatt, and states as follows:

## PRELIMINARY STATEMENT

      1.     NCB admits that plaintiff purports to assert claims under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.*, Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, and the Maryland Consumer Protection Act ("MCPA"), Md. Code Ann. § 13-101, *et seq.*, but denies NCB committed any violations of said statutes or that plaintiff is entitled to any relief pursuant thereto.

## PARTIES TO THE ACTION

      2.     NCB denies the allegations in ¶ 2 for lack of knowledge or information sufficient to form a belief therein.

3.      NCB denies the allegations in ¶ 3 for lack of knowledge or information sufficient to form a belief therein.

4.      NCB admits the allegations in ¶ 4.

5.      NCB denies the allegations in ¶ 5 for lack of knowledge or information sufficient to form a belief therein.

6.      NCB denies the allegations in ¶ 6 for lack of knowledge or information sufficient to form a belief therein.

7.      NCB denies the allegations in ¶ 7 for lack of knowledge or information sufficient to form a belief therein and as calling for a legal conclusion.

## **FACTUAL ALLEGATIONS**

8.      NCB denies the allegations in ¶ 8 for lack of knowledge or information sufficient to form a belief therein.

9.      NCB denies the allegations in ¶ 9 for lack of knowledge or information sufficient to form a belief therein.

10.     NCB denies the allegations in ¶ 10 for lack of knowledge or information sufficient to form a belief therein.

11.     NCB denies the allegations in ¶ 11 for lack of knowledge or information sufficient to form a belief therein.

12.     NCB denies the allegations in ¶ 12 as written.

13.     NCB denies the allegations in ¶ 13.

14.     NCB denies the allegations in ¶ 14 as written.

15.     NCB denies the allegations in ¶ 15 for lack of knowledge or information sufficient to form a belief therein.

16.     NCB denies the allegations in ¶ 16 for lack of knowledge or information sufficient to form a belief therein.

17.     NCB denies the allegations in ¶ 17 for lack of knowledge or information sufficient to form a belief therein.

## COUNT ONE: VIOLATIONS OF THE FDCPA
### (as to Defendants – NCB and ECR

18.     NCB incorporates its responses to the foregoing paragraphs as if fully restated and set forth herein.

19.     NCB denies the allegations in ¶ 19 for lack of knowledge or information sufficient to form a belief therein.

20.     NCB denies the allegations in ¶ 20 including subparagraphs (a) through (c).

21.     NCB denies the allegations in ¶ 21.

22.     NCB denies the allegations in ¶ 22.

## COUNT TWO: VIOLATIONS OF THE FCRA, § 1681s-2(b)
### (as to Defendants Santander, NCB and ECR)

23.     NCB incorporates its responses to the foregoing paragraphs as if fully restated and set forth herein.

24.     NCB denies the allegations in ¶ 24 as written.

25.     NCB denies the allegations in ¶ 25 for lack of knowledge or information sufficient to form a belief therein.

26.     NCB denies the allegations in ¶ 26 for lack of knowledge or information sufficient to form a belief therein.

27.     NCB denies the allegations in ¶ 27 for lack of knowledge or information sufficient to form a belief therein.

28.    NCB denies the allegations in ¶ 28 for lack of knowledge or information sufficient to form a belief therein.

29.    NCB denies the allegations in ¶ 29 for lack of knowledge or information sufficient to form a belief therein.

30.    NCB denies the allegations in ¶ 30 for lack of knowledge or information sufficient to form a belief therein.

31.    NCB denies the allegations in ¶ 31 for lack of knowledge or information sufficient to form a belief therein.

32.    NCB denies the allegations in ¶ 32 for lack of knowledge or information sufficient to form a belief therein.

33.    NCB denies the allegations in ¶ 33 for lack of knowledge or information sufficient to form a belief therein.

34.    NCB admits plaintiff disputed the debt but denies her grounds for dispute are true.

35.    NCB denies the allegations in ¶ 35 for lack of knowledge or information sufficient to form a belief therein.

36.    NCB denies the allegations in ¶ 36 for lack of knowledge or information sufficient to form a belief therein.

37.    NCB denies the allegations in ¶ 37 for lack of knowledge or information sufficient to form a belief therein.

38.    NCB denies the allegations in ¶ 38 as written.

39.    NCB denies the allegations in ¶ 39 for lack of knowledge or information sufficient to form a belief therein.

40.     NCB denies the allegations in ¶ 40 for lack of knowledge or information sufficient to form a belief therein.

### 15 U.S.C. § 16981s-2(b)(1)(A)&(B)

41.     NCB incorporates its responses to the foregoing paragraphs as if fully restated and set forth herein.

42.     NCB denies the allegations in ¶ 42.

43.     NCB denies the allegations in ¶ 43.

44.     NCB denies the allegations in ¶ 44.

45.     NCB denies the allegations in ¶ 45 for lack of knowledge or information sufficient to form a belief therein.

### 15 U.S.C. §§ 1681s-2(b)(1)(C)-(E)

46.     NCB incorporates its responses to the foregoing paragraphs as if fully restated and set forth herein.

47.     NCB denies the allegations in ¶ 47 for lack of knowledge or information sufficient to form a belief therein.

48.     NCB denies the allegations in ¶ 48 for lack of knowledge or information sufficient to form a belief therein.

49.     NCB denies the allegations in ¶ 49 for lack of knowledge or information sufficient to form a belief therein.

50.     NCB denies the allegations in ¶ 50 for lack of knowledge or information sufficient to form a belief therein.

51.     NCB denies the allegations in ¶ 51 for lack of knowledge or information sufficient to form a belief therein.

52.     NCB denies the allegations in ¶ 52 for lack of knowledge or information sufficient to form a belief therein.

53.     NCB denies the allegations in ¶ 53.

## DAMAGES – NEGLIGENCE AND WILLFULNESS

54.     NCB incorporates its responses to the foregoing paragraphs as if fully restated and set forth herein.

55.     NCB denies the allegations in ¶ 55.

56.     NCB denies the allegations in ¶ 56.

57.     NCB denies the allegations in ¶ 57.

58.     NCB denies the allegations in ¶ 58 for lack of knowledge or information sufficient to form a belief therein.

59.     NCB denies the allegations in ¶ 59.

60.     NCB denies the allegations in ¶ 60.

61.     NCB denies the allegations in ¶ 61.

62.     NCB denies the allegations in ¶ 62.

## COUNT THREE: VIOLATIONS OF FCRA, §§ 1681e & 1681i
### (as to the Defendants Equifax and Trans Union)

63.     NCB incorporates its responses to the foregoing paragraphs as if fully restated and set forth herein.

64.     NCB denies the allegations in ¶ 64 for lack of knowledge or information sufficient to form a belief therein.

65.     NCB denies the allegations in ¶ 65 for lack of knowledge or information sufficient to form a belief therein.

66.     NCB denies the allegations in ¶ 66 for lack of knowledge or information sufficient to form a belief therein.

67.     NCB denies the allegations in ¶ 67 for lack of knowledge or information sufficient to form a belief therein.

68.     NCB denies the allegations in ¶ 68 for lack of knowledge or information sufficient to form a belief therein.

69.     NCB denies the allegations in ¶ 69 for lack of knowledge or information sufficient to form a belief therein.

70.     NCB denies the allegations in ¶ 70 for lack of knowledge or information sufficient to form a belief therein.

71.     NCB denies the allegations in ¶ 71 for lack of knowledge or information sufficient to form a belief therein.

72.     NCB denies the allegations in ¶ 72 for lack of knowledge or information sufficient to form a belief therein.

73.     NCB denies the allegations in ¶ 73 for lack of knowledge or information sufficient to form a belief therein.

74.     NCB denies the allegations in ¶ 74 for lack of knowledge or information sufficient to form a belief therein.

75.     NCB denies the allegations in ¶ 75 for lack of knowledge or information sufficient to form a belief therein.

### 15 U.S.C. § 1681e(b) – Unreasonable Procedures

76.     NCB denies the allegations in ¶ 76 for lack of knowledge or information sufficient to form a belief therein.

77.    NCB denies the allegations in ¶ 77 for lack of knowledge or information sufficient to form a belief therein.

78.    NCB denies the allegations in ¶ 78 for lack of knowledge or information sufficient to form a belief therein.

79.    NCB denies the allegations in ¶ 79 for lack of knowledge or information sufficient to form a belief therein.

80.    NCB denies the allegations in ¶ 80 for lack of knowledge or information sufficient to form a belief therein.

81.    NCB denies the allegations in ¶ 81 for lack of knowledge or information sufficient to form a belief therein.

82.    NCB denies the allegations in ¶ 82 for lack of knowledge or information sufficient to form a belief therein.

## 15 U.S.C. § 1681i(a) – Unreasonable Investigation

83.    NCB incorporates its responses to the foregoing paragraphs as if fully restated and set forth herein.

84.    NCB denies the allegations in ¶ 84 for lack of knowledge or information sufficient to form a belief therein.

85.    NCB denies the allegations in ¶ 85 for lack of knowledge or information sufficient to form a belief therein.

86.    NCB denies the allegations in ¶ 86 for lack of knowledge or information sufficient to form a belief therein.

87.    NCB denies the allegations in ¶ 87 for lack of knowledge or information sufficient to form a belief therein.

88.     NCB denies the allegations in ¶ 88 for lack of knowledge or information sufficient to form a belief therein.

89.     NCB denies the allegations in ¶ 89 for lack of knowledge or information sufficient to form a belief therein.

90.     NCB denies the allegations in ¶ 90 for lack of knowledge or information sufficient to form a belief therein.

91.     NCB denies the allegations in ¶ 91 for lack of knowledge or information sufficient to form a belief therein.

92.     NCB denies the allegations in ¶ 92 for lack of knowledge or information sufficient to form a belief therein.

93.     NCB denies the allegations in ¶ 93 for lack of knowledge or information sufficient to form a belief therein.

94.     NCB denies the allegations in ¶ 94 for lack of knowledge or information sufficient to form a belief therein.

95.     NCB denies the allegations in ¶ 95 for lack of knowledge or information sufficient to form a belief therein.

96.     NCB denies the allegations in ¶ 96 for lack of knowledge or information sufficient to form a belief therein.

97.     NCB denies the allegations in ¶ 97 for lack of knowledge or information sufficient to form a belief therein.

98.     NCB denies the allegations in ¶ 98 for lack of knowledge or information sufficient to form a belief therein.

NCB further denies that plaintiff is entitled to any of the relief listed in the paragraph starting with "WHEREFORE."

## AFFIRMATIVE DEFENSES

And now, in further response to the allegations in the Complaint, NCB asserts the following affirmative defenses.

1.     To the extent that any violations are established, any such violations were not intentional and resulted from bona fide error notwithstanding the maintenance of procedures reasonably adopted and specifically intended to avoid any such error.

2.     NCB denies any liability; however, regardless of liability, plaintiff has suffered no actual damages as a result of defendant purported violations.

3.     One or more claims asserted by plaintiff are barred by the statute of limitations, laches, estoppel, waiver, and/or unclean hands.

4.     Assuming that plaintiff suffered any damages, she has failed to mitigate his damages or take other reasonable steps to avoid or reduce his damages.

5.     Any harm suffered by plaintiff was legally and proximately caused by persons or entities other than NCB and were beyond the control or supervision of NCB or for whom NCB was and is not responsible or liable.

6.     Plaintiff has failed to state a claim against NCB upon which relief may be granted.

7.     At all relevant times, NCB maintained and followed reasonable procedures to avoid violations of the Fair Credit Reporting Act and assure maximum possible accuracy of the information.

8.      At all times NCB has complies with its duties under the FCRA, 15 U.S.C. § 1681,

*et seq.*

Dated:  April 11, 2019                    Respectfully Submitted,

                                          */s/ Padraic K. Keane*
                                          Padraic K. Keane #17179
                                          Jordan Coyne LLP
                                          10509 Judicial Drive, Suite 200
                                          Fairfax, VA  22030
                                          Telephone: (703) 246-0900
                                          Facsimile: (703) 591-3673
                                          Email: p.keane@jocs-law.com
                                          *Attorneys for Defendant,*
                                          *NCB Management Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2019 a copy of the foregoing was filed electronically
and served upon the parties via CM/ECF.

                                          */s/ Padraic K. Keane*
                                          Padraic K. Keane