# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LATONYA PYATT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )     Civil Action No. PWG-18-03635 |
| | ) |
| SANTANDER CONSUMER USA INC., et al., | ) |
| | ) |
|     Defendants. | ) |

## DISMISSAL WITH PREJUDICE
## PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, whereas Defendant, Aaron's Inc. has not yet filed an Answer to the Second Amended Complaint, the Plaintiff, LaTonya Pyatt, hereby designates this matter as settled and enters this notice of voluntary dismissal with prejudice as to Aaron's Inc. *only*.

Respectfully submitted,

_____/s/_____
Kevin C. Williams, Esq. Bar No. 18072
8025 13th St., Ste 107
Silver Spring, MD 20910
301.399.1700
kevin@kwesquire.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of April, 2019, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By: */s/ Kevin Williams*
Kevin Williams #18072
Law Office of Kevin Williams, LLC
8025 13th Street, Suite 107
Silver Spring, MD 20910
Tel: (301) 399-1700
kevin@kwesquire.com

*Counsel for Plaintiff*