# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LATONYA PYATT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. PWG-18-03635 |
| | ) |
| SANTANDER CONSUMER USA INC., et al., | ) |
| | ) |
|     Defendants. | ) |

## DISMISSAL WITH PREJUDICE
## PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, whereas Equifax Information Services, LLC. has not yet filed an Answer to the Second Amended Complaint, the Plaintiff, LaTonya Pyatt, hereby designates this matter as settled and enters this notice of voluntary dismissal with prejudice as to Equifax Information Services, LLC *only*.

                                            Respectfully submitted,

                                            _____/s/_____
                                            Kevin C. Williams, Esq. Bar No. 18072
                                            8025 13th St., Ste 107
                                            Silver Spring, MD 20910
                                            301.399.1700
                                            kevin@kwesquire.com

                                            *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2019, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By: */s/ Kevin Williams*
Kevin Williams #18072
Law Office of Kevin Williams, LLC
8025 13th Street, Suite 107
Silver Spring, MD 20910
Tel: (301) 399-1700
kevin@kwesquire.com

*Counsel for Plaintiff*