**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | |
|---|---|
| **LATONYA PYATT** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | **CASE NO. 8:18-cv-03635** |
| ) | |
| **SANTANDER CONSUMER USA, INC.** ) | |
| **et al.** ) | |
| ) | |
| Defendant, ) | |
| ) | |

**NOTICE OF SETTLEMENT AS TO DEFENDANTS SANTANDER CONSUMER USA, INC. AND NCB MANAGEMENT SERVICES, INC.**

Pursuant to Local Rule 111 of the United States District Court for the District of Maryland, Plaintiff and Defendants Santander Consumer USA Inc., and NCB Management Services, Inc. hereby notify the Court that the parties have resolved the claims in this matter as to Santander Consumer USA Inc., and NCB Management Services, Inc. *only*. An order dismissing the case with prejudice will be tendered to the Court after the parties execute the necessary paperwork.

    Respectfully Submitted,
    **LATONYA PYATT**

    By:   */s/ Kevin Williams*
    Kevin Williams #18072
    Law Office of Kevin Williams, LLC
    8025 13th Street, Suite 107
    Silver Spring, MD 20910
    Tel: (301) 399-1700
    kevin@kwesquire.com

    *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 3rd day of May, 2019, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

    By:   */s/ Kevin Williams*
Kevin Williams #18072
Law Office of Kevin Williams, LLC
8025 13th Street, Suite 107
Silver Spring, MD 20910
Tel: (301) 399-1700
kevin@kwesquire.com

*Counsel for Plaintiff*